PD-1558-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/14/2015 10:14:38 AM
Accepted 10/15/2015 2:11:23 PM
ABEL ACOSTA
CLERK

# THE LAW OFFICE OF
# LAMEKA TRAHAN

Lameka A. Trahan             General Practice

404 MAIN STREET
LIBERTY, TEXAS 77575
936.334.8600 Voice
936.334.8601 Fax

**October 14, 2015**

In The Court of Criminal Appeals
201 W 14th St, Austin, TX 78701

***RE: NO.PD-1558-14; EX PARTE DAVID WEST GAUBATZ APPLICANT; In the Court of Criminal Appeals, Austin Texas***

Please find for your review and your filing a copy of motion for reasonable bail under Texas code of criminal procedure article and unsworn declaration pursuant to chapter 132 of the Texas civil practice and remedies code. Should you have any question or concerns do not hesitate to contact the office.

Sincerely,

\_\_/s/ Lameka Trahan\_\_\_
Lameka A. Trahan
Attorney at Law

Cc: File;



FILED IN
COURT OF CRIMINAL APPEALS

October 15, 2015

ABEL ACOSTA, CLERK